# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 27, 2010

141272 & (47)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

CONTRACT SUPPLY COMPANY, INC.,
        Plaintiff/Counter-Defendant-
        Appellee/Cross-Appellant,

v

ADCO STRATFORD VILLAGE NORTH,
CHARTER ONE BANK, N.A. AND ADCO
GROUP, L.L.C.,
        Defendants-Appellees,

and

LEHMAN BROTHERS BANK, FSB,
        Defendant-Appellant/
        Cross-Appellee.

SC: 141272
COA: 289172
Macomb CC: 2006-001255-CH

_____/

      On order of the Court, the application for leave to appeal the May 11, 2010 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 27, 2010

_____
Clerk

p0920